IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-479-RJC-DCK

| PERFICIENT, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ELIZABETH PICKWORTH, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Charles M. Poplstein, filed October 17, 2011. Mr. Poplstein seeks to appear as counsel *pro hac vice* for Plaintiff Perficient, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Poplstein is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Perficient, Inc.

Signed: October 17, 2011

David C. Keesler
United States Magistrate Judge