IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-479-RJC-DCK

| | |
|---|---|
| PERFICIENT, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ELIZABETH PICKWORTH, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) concerning Jeffrey Thomas Breloski, filed October 19, 2011. Mr. Breloski seeks to appear as counsel *pro hac vice* for Defendant Elizabeth Pickworth.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Breloski is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Elizabeth Pickworth.

Signed: October 19, 2011

David C. Keesler
United States Magistrate Judge