# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-479-RJC-DCK

| | |
|---|---|
| PERFICIENT, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELIZABETH PICKWORTH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission to Practice *Nunc Pro Tunc*" (Document No. 10) concerning Steven Gordon Hall, filed October 19, 2011. Mr. Hall seeks to appear as counsel *nunc pro tunc* for Defendant Elizabeth Pickworth.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Hall is hereby admitted to appear before the Court *nunc pro tunc* on behalf of Defendant Elizabeth Pickworth.

**IT IS FURTHER ORDERED** that Mr. Hall shall follow the procedures for a regular admission to practice before the United States District Court for the Western District of North Carolina as soon as practicable.

Signed: October 20, 2011

David C. Keesler
United States Magistrate Judge