# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Perficient, Inc. ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-00479-RJC-DCK

Elizabeth Pickworth,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

                                                      Signed: August 6, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court